**UNITED STATES DISTRICT COURT**
**FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

**OFFICE OF THE CLERK**
**501 "I" STREET**
**SACRAMENTO, CA  95814**

**United States of America**

    **v.**

**Whitman, et al.**

_____

         **DEFAULT JUDGMENT**

        **Case No.:  2:12-cv-02316 MCE EFB**

    **IT IS ORDERED AND ADJUDGED** default judgment is hereby
ENTERED against defendant:

    **Cynthia L. Cherry, formerly known as Cynthia L. Whitman** as
to Count Two of the complaint in the amount of $30,937.85 and as to
Count Three of the complaint in the amount of $2,324.39.

August 5, 2013

         MARIANNE MATHERLY, CLERK

         By:  \_/s/ G. Michel_____
         G. Michel, Deputy Clerk