1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,              No.  2:12-cv-2316-MCE-EFB

12                  Plaintiff,

13          v.                              ORDER

14   DONALD R. WHITMAN; CYNTHIA L.
     CHERRY, formerly known as CYNTHIA
15   L. WHITMAN; WILLIAM RYAN
     FOWLER, in his capacity as Trustee of
16   RUBY TRUST; WHITEWATER, LLC;
     STATE OF CALIFORNIA FRANCHISE
17   TAX BOARD,

18                  Defendants.

19

20          Plaintiff's motion for entry of default judgment came on regularly for hearing before the

21   assigned magistrate judge on July 10, 2013.  The matter was referred to a United States

22   Magistrate Judge pursuant to Local Rule 302(c)(19) and 28 U.S.C. § 636(b)(1).

23          On July 31, 2013, the magistrate judge filed findings and recommendations herein which

24   contained notice to the parties that any objections to the findings and recommendations were to be

25   filed within fourteen days.  No objections were filed.

26          The court has reviewed the file and finds the findings and recommendations to be

27   supported by the record and by the magistrate judge's analysis.

28   /////

1

1    Accordingly, IT IS HEREBY ORDERED that:

2    1.  The Findings and Recommendations filed July 31, 2013, are adopted in full;

3    2.  Plaintiff's motion for default judgment, ECF No. 22, is granted in part, as follows:

4        a.  As to Count One of the complaint, default judgment is entered in favor of the

5    United States and against Donald Whitman in the amount of $486,853.17 for Mr. Whitman's

6    1996 through 2001 individual income tax liabilities, plus accrued statutory interest and additions

7    under 28 U.S.C. § 1961(c) and 26 U.S.C. § 6621 from May 31, 2013;

8        b.  As to Count Three of the complaint, default judgment is entered in favor of

9    the United States and against Donald Whitman in the amount of $2,369.81 for Mr. Whitman's

10   2004 joint federal income tax liabilities, plus accrued statutory interest and additions under 28

11   U.S.C. § 1961(c) and 26 U.S.C. § 6621 from May 31, 2013;

12       c.  As to Count Seven of the complaint, the court determines and adjudges that

13   defendants Ruby Trust, Whitewater LLC, and Cynthia Cherry are the fraudulent transferees of

14   Donald Whitman and Cynthia Cherry, and the purported transfers of the Subject Property are set

15   aside and title returned in the name of Donald R. Whitman and Cynthia L. Cherry; and

16       d.  The court determines and adjudges that the United States has valid liens against

17   all property and rights to property of Donald Whitman and Cynthia Cherry, including but not

18   limited to the Subject Property.

19   Date:  August 26, 2013

20

21

22   _____

MORRISON C. ENGLAND, JR., CHIEF JUDGE
23   UNITED STATES DISTRICT COURT

24

25

26

27

28

2